## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| **TERRY G. HEITHCOCK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 1:09-cv-00052** |
| **v.** | ) | **JUDGE HAYNES** |
| | ) | |
| **WASTE MANAGEMENT, INC.,** | ) | |
| **ADMINISTRATIVE COMMITTEE** | ) | |
| **OF THE WASTE MANAGEMENT** | ) | |
| **EMPLOYEE BENEFITS PLAN, and** | ) | |
| **METROPOLITAN LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Plaintiff's motion for discovery

(Docket Entry No. 28) is **GRANTED** for the stated discovery request regarding Mary

Heithcock's dependent life benefits claim. Defendants are **ORDERED** to produce the requested

documents within fourteen (14) days from the date of this Order. Plaintiff shall file any motion

for judgment on the record and his response to Defendants' motion for judgment on the record

within fourteen (14) days of the Defendants' production. Defendants shall file their response to

Plaintiff's motion for judgment on the record, if any, within ten (10) days of Plaintiff's motion.

It is so **ORDERED**.

**ENTERED** this the ____ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge

1